■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORMAN FORSYTH, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County (Tsoucalas, J.), rendered March 18, 1981, convicting him of bribery in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Since defendant failed to timely submit a written motion to dismiss the indictment on the ground that his right to a speedy trial was violated, the motion was properly denied (*see,* CPL 30.20, 30.30, 210.20 [2], 210.45 [1]; *People v Fanelli,* 92 AD2d 573; *People v Warren,* 81 AD2d 872). However, this error on the part of defendant's attorney did not, in and of itself, deprive defendant of meaningful representation (*cf. People v Wagner,* 104 AD2d 457; *People v Morris,* 100 AD2d 630, *affd* 64 NY2d 803; *People v Bonk,* 83 AD2d 695).

Furthermore, in order to support a conviction for bribery in the second degree, the People need not prove that the accused was aware that the person whom he sought to influence was a public servant (*see,* Penal Law § 200.00; *cf. People v Graham,* 57 AD2d 478, *affd* 44 NY2d 768).

We have considered defendant's remaining contention and find it to be without merit. Mangano, J. P., Brown, O'Connor and Weinstein, JJ., concur.